UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDEN WILLIE ISELI,

Petitioner,

v.

SAN JOAQUIN COUNTY JAIL,

Respondent.

No. 2:25-cv-1979-DAD-CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART AND DISMISSING THE PENDING HABEAS PETITION WITHOUT PREJUDICE

(Doc. No. 6)

Petitioner, a state prisoner proceeding *pro se*, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On July 21, 2025, the assigned magistrate judge directed petitioner to file a motion to proceed in forma pauperis in this federal habeas action or to pay the required filing fee within thirty (30) days, advising petitioner that his failure to do so would result in a recommendation that his petition be dismissed. (Doc. No. 4.) Petitioner did not respond to that order in any way within the time provided and, accordingly, on September 4, 2025, the magistrate judge issued findings and recommendations recommending that the pending petition for habeas be dismissed without prejudice due to petitioner's failure to pay the required filing fee, file the required documents or otherwise respond to the court's order. (Doc. No. 6.)

/////

The pending findings and recommendations were served on petitioner at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

In addition, the court declines to issue a certificate of appealability. A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b). Where, as here, the petition is dismissed on procedural grounds, a certificate of appealability should issue if the prisoner can show: (1) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling; and (2) that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right. *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000). The court concludes that reasonable jurists would not find the court's dismissal of the petition without prejudice to be debatable, wrong, or deserving of encouragement to proceed further.

Accordingly:

1. The findings and recommendations issued September 4, 2025 (Doc. No. 6) are adopted in full;
2. This action is dismissed without prejudice;

/////

/////

/////

---

[1] The court apologizes to the parties for the delay in the issuance of this order. Due to an administrative oversight the undersigned just recently learned that the findings and recommendations were pending before the court.

3. The Clerk of the Court is directed to close this case; and
4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE